Randall G. Nelson
Thomas C. Bancroft
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT 59102
(406) 867-7000
(406) 867-0252 Fax
rgnelson@nelsonlawmontana.com
tbancroft@nelsonlawmontana.com
    Attorneys for Plaintiff

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| KELLY M. MORSE, | Cause No. DV-56-2024-0000981-DK |
| Plaintiff, | Judge Mary Jane Knisely |
| vs. | |
| PACIFICSOURCE HEALTH PLANS, PACIFICSOURCE COMMUNITY SOLUTIONS, PACIFICSOURCE COMMUNITY HEALTH PLANS, or PACIFICSOURCE ADMINISTRATORS, INC., and JOHN DOES I-V, | **COMPLAINT** |
| Defendants. | |

Plaintiff, Kelly M. Morse, by and through her attorneys, Nelson Law Firm, P.C., for her Complaint against Defendant states and alleges as follows:

1. Plaintiff, Kelly M. Morse (Nelson) (hereinafter "Morse"), is a citizen and resident of Billings, Yellowstone County, Montana, and an employee of Billings Clinic.

2. PacificSource (hereinafter "Pacific") is a healthcare company operating in the State of Montana, and subject to Montana law.

3. John Does I-V are unknown entities that may be the actual corporate entity doing business as PacificSource.

4. Morse is a beneficiary of the Pacific health plan issued for the purpose of providing an employer group health plan to Billings Clinic employees. Morse has standing to bring a claim for declaratory judgment against Pacific.

5. On February 22, 2024, Morse was the victim of a hit and run accident in which she sustained a concussion and head injury.

6. Morse was transported to Billings Clinic where the Clinic rendered medical care. The approximate bill for the care was $12,000.

7. Billings Clinic has billed Morse for the $12,000 in care, and is threatening collection for non payment. Morse's credit may be affected, or worse.

8. Billings Clinic's charges fall within the granting language of the Pacific employer. Pacific admits their group health plan would otherwise provide coverage for the medical bills. However, Pacific refuses to pay for the reason that Morse has automobile coverage that may provide medical payments coverage for the Billings Clinic bills.

9. Morse purchased and paid for with her own funds an insurance policy. Morse's injury is such that the applicable coverages under the State Farm policy would be inadequate to render her "made whole" for her injuries.

10. Moreover, Morse has been forced to hire the services of an attorney, which will prevent her ability to be made whole for her injuries.

11. An insurer may not subrogate when the injured person will not be made whole by access to their own insurance.

12. Pacific's attempt to subrogate from Morse's personal insurance violates Montana law.

13. Pacific only attempts to subrogate against Billings Clinic employees. Pacific does not attempt to subrogate against employees of its healthcare plans with other employers. Pacific's actions are discriminatory and violates applicable provisions of Montana law.

14. Morse is suffering actual demonstrable harm from Pacific's actions.

## COUNT I – DECLARATORY JUDGMENT

15. Morse incorporates paragraphs 1-14 as if fully set forth herein.

16. This is an action for declaratory judgment. There is an actual case or controversy.

17. This Court should declare invalid Pacific's plan language that purports to allow it to subrogate against an employee's personal insurance for which they have paid a valuable premium out of their own pocket.

18. It has been necessary for Morse to hire the services of an attorney. Pacific is liable for the reasonable and necessary attorney's fees to prosecute this declaratory action.

WHEREFORE, Morse prays for judgment as follows:

1. That the Court declare Pacific's subrogation provisions violate Montana law, are void as contrary to public policy, and invalid.

2. For judgment in favor of Morse and against Pacific.

3. For reasonable and necessary attorney's fees and costs.

4. For such other and further relief as the Court deems just and proper under the circumstances.

DATED this 12th day of August, 2024.

NELSON LAW FIRM, P.C.
ATTORNEYS FOR PLAINTIFF

 /s/ Randall G. Nelson
Randall G. Nelson
2619 St. Johns Avenue, Suite E
Billings, MT  59102