IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| KELLY M. MORSE, | ) | Cause No. CV-24-138-BLG-SPW-TJC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| PACIFICSOURCE HEALTH PLANS, PACIFICSOURCE COMMUNITY SOLUTIONS, PACIFICSOURCE COMMUNITY HEALTH PLANS, OR PACIFICSOURCE ADMINISTRATORS, INC., and JOHN DOES I-V, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the Stipulation for Dismissal (Doc. 5) between the parties hereto, by and between their counsel of record

IT IS HEREBY ORDERED that the above-captioned cause is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of March, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge